ACCEPTED
04-15-00056-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/17/2015 8:05:44 PM
KEITH HOTTLE
CLERK

## No. 04-15-00056-CV

𝕴𝖓 𝖙𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘
𝕾𝖆𝖓 𝕬𝖓𝖙𝖔𝖓𝖎𝖔, 𝕿𝖊𝖝𝖆𝖘

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/17/2015 8:05:44 PM
KEITH E. HOTTLE
Clerk

### GARY HODGE AND ROBERT HART III

*Appellants*

**v.**

### STEPHEN KRAFT INDIVIDUALLY AND AS MEMBER ON BEHALF OF GRUPO HABANERO LLC,

*Appellee*

APPEAL FROM CAUSE NO. D-1-GN-09-001428
225TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, TEXAS
HON. PETER SAKAI PRESIDING

### APPELLANTS' MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellants Gary Hodge and Robert Hart III file this motion to substitute counsel in accordance with Texas Rules of Appellate Procedure 6.5 and 10.1. In support of this motion, Appellants respectfully show the following:

1. Appellants have retained Brandy Wingate Voss to represent them in this cause and request that all future notices, orders and opinions be

sent to Brandy Wingate Voss at the following address:

Brandy Wingate Voss
State Bar No. 24037046
Smith Law Group LLLP
820 E. Hackberry Ave.
McAllen, Texas 78501
(956) 683-6330
(956) 225-0406 (fax)
brandy@appealsplus.com

2.	Accordingly, Roderick J. Regan of the firm Branscomb PC respectfully requests to be withdrawn and Brandy Wingate Voss be substituted in as counsel of record for Appellants.

## CONCLUSION AND PRAYER

For these reasons, Appellants respectfully request that the Court grant this motion and substitute new counsel for Appellants. Appellants request all other appropriate relief to which they are entitled.

Respectfully submitted,

SMITH LAW GROUP LLLP

*/s/ Brandy Wingate Voss*
Brandy Wingate Voss
State Bar No. 24037046
820 E. Hackberry Ave.
McAllen, Texas 78501
(956) 683-6330
(956) 225-0406 (fax)
brandy@appealsplus.com

*Counsel for Appellants*

**CERTIFICATE OF CONFERENCE**

In compliance with Texas Rule of Appellate Procedure 10.1(a)(5), I certify that on November 17, 2015, I conferred with appellee's lead counsel, Richard Espey, about this motion. Mr. Espey informed me that appellee does not oppose the relief requested in this motion.

/s/ Brandy Wingate Voss
Brandy Wingate Voss

**CERTIFICATE OF SERVICE**

On November 17, 2015, in compliance with Texas Rule of Appellate Procedure 9.5, I served this document by e-service and e-mail to:

Richard W. Espey
Matthew Soliday
Espey & Associates, PC
13750 San Pedro Avenue, Suite 730
San Antonio, TX  78232
Fax: (210) 404-0336
respey@lawespey.com
msoliday@lawespey.com
Attorneys for Appellees

Roderick J. Regan
BRANSCOMB | PC
711 Navarro St., Suite 500
San Antonio, TX 78205
Fax: (210) 598-5405
reganssatx@gmail.com

/s/ Brandy Wingate Voss
Brandy Wingate Voss